**Fill in this information to identify the case:**

Debtor name: **T.C.'s Grill, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known): **3:18-bk-32229**

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Restraurant located at 2514 Old Niles Ferry Road Maryville, TN  37802** | |
| | State the term remaining | **2 1/2 years w options** | **Clara McNutt and husband, Charles McNutt P.O. Box 5866 Maryville, TN 37802** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Time Payments POS Leased Equipment** | |
| | State the term remaining | | **Clara McNutt and husband, Charles McNutt P.O. Box 5866 Maryville, TN 37802** |
| | List the contract number of any government contract | | |