**SO ORDERED.**
**SIGNED this 9th day of August, 2018**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

**In Re:**
    T.C.'s Grill, Inc.                       Docket No: 3:18-bk-32229-SHB
        **Debtor**

**ORDER ALLOWING USE OF CASH COLLATERAL**

After a preliminary hearing held on August 9, 2018, on the <u>Debtor's Motion For Authority To Use Cash Collateral</u>, the Court finds that the Debtor requires the use of cash collateral encumbered pre-petition and that the Debtor shall be entitled to use cash collateral on a preliminary basis pursuant to 11 U.S.C. §363(c)(2)(A) as follows:

1.    The Debtor shall be entitled to use cash collateral on a preliminary basis as provided by 11 U.S.C. §363(c)(2), only in the ordinary course of its business and in accordance with the attached budget, to pay for actual and necessary operating expenses of operating its business only to the extent set forth in the attached budget and this Order, and to pay administrative expenses in this case, including professional fees and expenses only to the extent set forth in the attached budget and this Order and only upon proper application and allowance by the Court, pre-petition rent for the month of June ($2,500.00) and if directed by the Court to pay secured creditors. The

Debtor shall be permitted to deviate from each line item in the attached budget in an amount not to exceed 10% of the stated amount for such line item (plus or minus). To the extent that the Debtor requires additional use of cash collateral (above and beyond the amounts stated in the budget and the permitted deviation set forth in this Order), the Debtor shall either (i) obtain the affirmative consent of all creditors holding an interest in such cash collateral prior to any such use or (ii) obtain an Order from the Court permitting such further use. The Debtor shall not be permitted to use cash collateral except as expressly set forth in the attached budget and this Order.

2. U.S. Foods, Inc. shall be entitled to a post-petition lien as substitute and additional collateral identical in scope, priority and perfected to the same extent as the lien held by U.S. Foods, Inc. pre-petition.

3. On Deck Capital, Inc. shall be entitled to a post-petition lien as substitute and additional collateral identical in scope, priority and perfected to the same extent as the lien held by On Deck Capital, Inc. pre-petition.

4. Gulf Coast Bank and Trust Company shall be entitled to a post-petition lien as substitute and additional collateral identical in scope, priority and perfected to the same extent as the lien held by Gulf Coast Bank and Trust Company pre-petition.

5. Performance Food Group, Inc. shall be entitled to a post-petition lien as substitute and additional collateral identical in scope, priority and perfected to the same extent as the lien held by Performance Food Group, Inc. pre-petition.

6. The Debtor will deposit all required employment taxes on the date payroll is made and will provide evidence of said employment tax deposit to the US Trustee's Office on the second business day after payroll is made. The Debtor will file all post-petition payroll or other tax returns when due and pay any balance thereon with said return.

7.       The Debtor shall timely pay fees to the United States Trustee and shall timely file and serve copies of the Monthly Operating Reports as required by Federal Rule of Bankruptcy Procedure 2015.3(a). Upon Debtor's failure to comply with any of the terms of this Order, the US Trustee or the Internal Revenue Service may file a Certificate of Non-Compliance and the case will be dismissed or converted upon notice and hearing.

8.       A final hearing will be held on September 20, 2018 at 10:00 am in the Court Room 1C, Howard H. Baker, Jr. U.S. Courthouse, 800 Market Street, Knoxville, TN 37902, on the continued use of cash collateral by the Debtor. Any objections to the use of cash collateral shall be filed by the close of business on September 14, 2018.

9.       This order will continue until September 21, 2018.

###

APPROVED FOR ENTRY:
SCOTT LAW GROUP, PC

*/s/ C. Dan Scott*
C. Dan Scott, BPR #010295
P.O. Box 547
Seymour, TN 37865-0547
(865) 246-1050
dan@scottlawgroup.com
Attorney for the Debtor in Possession


/s/Tiffany A. DiIorio
Tiffany A. DiIorio, Florida Bar #0719706
US Department of Justice
Office of the US Trustee
800 Market Street, Ste 114
Knoxville, TN   37902
865-545-4754
tiffany.diiorio@usdoj.gov

## Proposed Operating Budget

| | |
|---|---:|
| **Revenues** | $92,800.00 |
| COGS - Food and Beverage | $34,000.00 |
| **Gross Profit** | $58,800.00 |
| **Expenses** | |
| Wage & Salaries Expense | $34,800.00 |
| Repair & Maintenance | $1,438.00 |
| Cleaning & Janitorial Service | $550.00 |
| Pest Control Service | $97.00 |
| Uniforms and Linen Expense | $475.00 |
| Rent Expense - Buildings | $2,500.00 |
| Rent Expense - Equipment | $570.00 |
| Advertising | $600.00 |
| Bank Service Charges | $130.00 |
| Payroll Processing Fees | $975.00 |
| Merchant Service Exchange Fees | $2,000.00 |
| Vehicle Insurance | $250.00 |
| Property & Liability Insurance | $1,375.00 |
| Worker's Comp. Insurance | $475.00 |
| Life Insurance- Keyman (SBA) | $250.00 |
| Office and Computer Supplies | $200.00 |
| Other Misc. Office Expenses | $200.00 |
| Postage and Delivery | $40.00 |
| Bookkeeping | $525.00 |
| FICA/Medicare Tax Expense | $2,662.00 |
| FUTA Tax Expenses | $278.00 |
| SUTA Tax Expenses | $940.00 |
| Franchise Excise Taxes | $8.00 |
| Permits and Licenses | $25.00 |
| Tangible Property Taxes | $90.00 |
| Telecom Fees and Taxes | $45.00 |
| Real Estate Taxes | $325.00 |
| Gas & Electricity Utilities | $3,600.00 |
| Internet Connection Services | $122.00 |
| Telephone Expense | $190.00 |
| Trash Pick-up Services | $225.00 |
| Water and Sewer Utilities | $800.00 |
| Music Steaming Service | $25.00 |
| Website and Email Hosting | $30.00 |
| US Trustees Fees | $667.00 |
| **Total Expenses** | $57,482.00 |
| **Cash Flow from Operations** | $1,318.00 |