**The motion is denied because it is not yet ripe, pursuant to 11 U.S.C. § 365(d)(2).**

**THE RELIEF SOUGHT IN THIS ORDER IS DENIED.**
**SIGNED this 20th day of September, 2018**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE, TENNESSEE

In Re:

    T.C.'s Grill, Inc.                          Docket No: 3:18-bk-32229-SHB

    Debtor

---

### ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ASSUME OR REJECT A LEASE OF PERSONAL PROPERTY

---

This matter came before the Court for a hearing on September 20, 2018, on the Debtor's Motion for an Extension of Time Within Which to Assume or Reject a Lease of Personal Property or in the Alternative to Allow the Debtor to Assume the Lease, after notice to all creditors, and it appearing to the Court that the request for additional time to assume or reject the lease should be granted it is therefore ORDERED that the time within which the Debtor shall assume or reject the Non-residential Lease of Personal Property with TimePayment Corp. is extended so that the Debtor may assume or reject the Lease concurrently with the confirmation of a Chapter 11 Plan.

### # # #

APPROVED FOR ENTRY:

SCOTT LAW GROUP, PC

/s/ C. Dan Scott
C. Dan Scott, BPR #010295
P.O. Box 547
Seymour, TN 37865-0547
(865) 246-1050
dan@scottlawgroup.com
Attorney for the Debtor in Possession

